ELLEN F. ROSENBLUM
Attorney General
JESSICA SPOONER #105919
Assistant Attorney General
KENNETH C. CROWLEY #883554
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Jessica.Spooner@doj.state.or.us
       kenneth.c.crowley@doj.state.or.us

Attorneys for Defendant Oregon Youth Authority

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| GLENN WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON YOUTH AUTHORITY, an Agency of the STATE OF OREGON,<br><br>　　　　Defendant. | Case No. 6:13-cv-01538-AA<br><br>STIPULATED PROTECTIVE ORDER FOR VIDEOS |

### STIPULATED PROTECTIVE ORDER FOR VIDEOS

1.　The purposes of this Protective Order are to ensure the confidentiality of the video files in this case and to protect to the fullest extent possible the unauthorized copying, disclosure, dissemination and use of the video images by Plaintiff and members of his litigation team, the State and its attorneys and investigators, and other persons outside of this civil case.

2.　This Protective Order amends and supplements the previously-signed Protective Order in this case.

Page 1 -   STIPULATED PROTECTIVE ORDER FOR VIDEOS
    JS/jlb/5296501-v1
                        Department of Justice
                        1162 Court Street NE
                        Salem, OR 97301-4096
                        (503) 947-4700 / Fax: (503) 947-4791

3. There are inherent risks to the maintenance of internal security and order of the Oregon Youth Authority ("OYA") facilities and to the safety and security of OYA youth offenders and staff that are associated with dissemination and use of the videos in this case. And, as such, there is a legitimate and important need to protect against the unauthorized copying, disclosure and dissemination of the videos in this case or in possible future appellate proceedings involving this case.

4. Based on these inherent risks, the parties move this Court for an order sealing the videos to be provided by Defendant OYA to the Plaintiff's attorneys as discovery, and to appropriate and reasonable protections restricting and governing access to and use of these materials as described more fully below.

5. All videos provided by Defendant OYA to the Plaintiff's attorneys as discovery in this case may be possessed and examined only by Plaintiff's attorneys and other members of his litigation team, Defendant OYA and its attorneys and investigators, the Court, and the jury in this civil case, except upon further order of the Court or as further stipulated by the parties. Copies of the videos provided to or otherwise obtained by Plaintiff's attorneys shall be made only as authorized by Defendant's attorneys, and only as necessary for the parties to carry out their work in this case. Neither Plaintiff nor members of his litigation team, or Defendant OYA and its attorneys and investigators, shall make or disseminate any unauthorized copies of the videos, permit the unauthorized viewing and copying of these videos, transfer their copy to any other person, release their copy or portions thereof for viewing by other persons, or permit any portion of any image to be disseminated over the Internet or other electronic medium, except as set forth above.

6. Within 30 days after the conclusion of the litigation, Plaintiff's attorneys shall return all videos produced by Defendant OYA, including the original media on which the images were originally captured and stored, and all copies (i.e., film and photographic negatives, prints, video, digital files, etc.) to the Oregon Department of Justice.

7.  Any videos used as part of motion practice or at the trial of this case shall be sealed and not available for public inspection. Upon their respective receipt and sealing by the Court after conclusion of the trial in this case, the videos shall be placed in the Court's file for possible further appellate review, with an appropriate annotation on the outside of the envelope advising the Clerk that the images are sealed and not for public inspection absent further order of the Court in accordance with the terms and conditions and stipulations of use set forth in this Stipulated Protective Order. The order shall allow the parties and the Court in any appeal or collateral proceeding involving this case, but such order shall preclude any copying or other dissemination of the images or any portion thereof except upon further order of Court in any subsequent appeal or collateral proceeding involving this case.

8.  Upon final termination of these cases, or any of them, and subsequent appeals and collateral proceedings, the parties shall immediately deliver their copy of the videos to the Court to be sealed by the Court as part of the Court's file.

9.  This Stipulated Protective Order shall survive the final termination of this case.

10. This Stipulated Protective Order is binding on the parties and all members of their respective litigation teams, including but not limited to the attorneys and the attorney's agents, expert witnesses, investigators, paralegals, and other litigation team participants.

IT IS SO STIPULATED this ___ day of May, 2014.

_____
ELIZABETH LEMOINE #040811
Of Attorneys for Plaintiff
Makler Lemoine & Goldberg PC
515 NW Saltzman Road #811
Portland, OR 97229
 Phone: 503-718-7672

_____
JESSICA SPOONER #105919
Of Attorneys for Defendant
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
 Phone: (503) 947-4700

## STIPULATED PROTECTIVE ORDER FOR VIDEOS

The parties have stipulated to the form and substance of a Protective Order controlling discovery of video materials in case files in the possession of Defendants. Based upon the stipulation, it is hereby **ORDERED**:

The Motion for Entry of Stipulated Protective Order for Videos is allowed; and

The provisions of the Protective Order for Videos, which is attached hereto and incorporated by reference herein, shall be controlling during the pendency of the above entitled matter unless modified by further order of the court.

DATED this 19 day of June, 2014.

_____
THE HONORABLE ANN AIKEN
United States District Court Judge

Submitted by: Jessica B. Spooner
              Assistant Attorney General
              Kenneth C. Crowley
              Senior Assistant Attorney General
              Of Attorneys for Defendant